UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>DUBLIN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-00833-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on June 10, 2016, at 2:00 p.m., before this Court in the above-entitled case.  Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 8, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on June 10, 2016, for failure to prosecute, and for failure to comply with the Clerk's Notice of April 25, 2016.  A case management conference is also scheduled for **July 8, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  June 15, 2016

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DUBLIN POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-00833-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on June 15, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel P. Klahn
P.O. Box 1394
Searchlight, NV 89046

Dated: June 15, 2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO