UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PATRICK KLAHN,<br><br>  Plaintiff,<br><br>  v.<br><br>DUBLIN POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 16-cv-00833-JCS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE, CONTINUING CASE MANAGEMENT CONFERENCE, AND GRANTING PERMISSION TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. Nos. 12, 14 |

Plaintiff Daniel Patrick Klahn, pro se, failed to appear at a case management conference on June 10, 2016, and the Court issued an order to show cause (the "OSC," dkt. 12) why the case should not be dismissed for failure to appear, failure to prosecute, and failure to comply with a Clerk's Notice. Klahn, who lives in Nevada, filed a response (dkt. 13) to the OSC explaining that he had not received the Clerk's Notice setting the date for the case management conference in time to attend, and requesting that the hearing on the OSC and the rescheduled case management conference be continued due to a recent death in his family. Good cause showing, the OSC is hereby DISCHARGED, the hearing on the OSC previously set for July 8, 2016 is VACATED, and the case management conference previously set for July 8, 2016 is CONTINUED to **August 12, 2016 at 2:00 PM**.

Klahn also separately requests permission to appear telephonically "at hearings that would be case management related." *See* dkt. 14. Klahn's request is GRANTED IN PART, to the extent that he may appear telephonically at the August 12, 2016 case management conference. Klahn is instructed to be available at (760) 703-6289 beginning at 2:00 PM on that date and to await the

/ / /

/ / /

1  Court's call.  Klahn must apply separately for each future hearing or conference at which he
2  wishes to appear telephonically.
3  **IT IS SO ORDERED.**
4  Dated: July 5, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge