UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PATRICK KLAHN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants. | Case No. 16-cv-00833-JCS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 72 |

On May 12, 2017, the Court dismissed all of Plaintiff Daniel P. Klahn's claims, some with prejudice and some with leave to amend no later than June 12, 2017. *See* Order Dismissing 3d Am. Compl. (dkt. 72). That date has long past and no further amended complaint has been filed. The case is therefore DISMISSED with prejudice, and the Clerk is instructed to close the file.

**IT IS SO ORDERED.**

Dated: August 25, 2017

JOSEPH C. SPERO
Chief Magistrate Judge